UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.

PEGGY MITCHELL, an individual

    Plaintiff,

v.

FRANK L. BENNARDO, P.E., INC., a Florida
Corporation d/b/a ENGINEERING EXPRESS
and FRANK L. BENNARDO, individually,

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, FRANK L. BENNARDO, P.E., INC. d/b/a ENGINEERING EXPRESS and FRANK L. BENNARDO, pursuant to 28 U.S.C. § 1441, hereby remove to this Court the cause of action currently pending in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida styled *Peggy Mitchell v. Frank L. Bennardo, P.E., Inc., et al.,* Case No. CACE 16009046, and say:

### Introduction

1.     Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331.

2.     This action was commenced in the Circuit Court of the Seventeenth Judicial Circuit in and for Broward County, Florida, when Plaintiff filed his Complaint.  A true and correct copy of the Complaint is attached hereto as Exhibit "A."

3.     Defendants were served on May 27, 2016.  True and correct copies of the summonses and returns of service are attached hereto as Composite Exhibit "B."

4.     Defendants consent to the removal of this action.

### Jurisdiction is Proper Because Plaintiff's Action Arises Under the Laws of the United States

5. Jurisdiction is proper in this Court pursuant to 28 U.S.C. § 1331 because Plaintiff's Complaint purports to state a claim for violation of the Fair Labor Standards Act (29 U.S.C. §301, et seq.). Accordingly, Plaintiff's Complaint clearly arises under the laws of the United States.

### Procedural Requirements

6. This notice of removal is being filed with this Court within 30 days after Defendants' receipt of the initial complaint. *See* 28 U.S.C. § 1446(b).

7. A copy of this notice of removal is being filed with the state court where this action is pending and notice hereof is being given to all adverse parties "promptly after" the filing of the notice in this Court. *See* 28 U.S.C. § 1446(d).

8. Pursuant to 28 U.S.C. § 1446(a), attached hereto as Exhibits "A" and "B" are true and correct copies of the initial complaint and summonses, respectively.

WHEREFORE, Defendants respectfully request that this Court exercise jurisdiction over this matter.

Dated: June 22, 2016
Boca Raton, FL

Respectfully submitted,

*/s Daniel R. Levine*
DANIEL R. LEVINE, ESQ.
Fla. Bar No. 0057861
E-mail: drlevine@bennardolevine.com
Bennardo Levine, LLP
1860 NW Boca Raton Boulevard
Boca Raton, FL  33432
Telephone: (561) 392-8074
Facsimile: (561) 368-6478
Counsel for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the Service List below via transmission of Notices of Electronic Filing generated by CM/ECF.

<i>s/ Daniel R. Levine</i><br>
DANIEL R. LEVINE, ESQ.

## SERVICE LIST

*Peggy Mitchell v. Frank L. Bennardo, P.E., Inc., et al.*
Case No.
United States District Court, Southern District of Florida

| | |
|---|---|
| Keith M. Stern, Esquire<br>E-Mail:  employlaw@keithstern.com<br>Law Office of Keith M. Stern, P.A.<br>8333 NW 53rd Street, Suite 450<br>Doral, FL  33166<br>Telephone:  (305) 299-3703<br>Facsimile:   (305) 288-9031<br>Counsel for Plaintiff<br>*Via CM/ECF* | Daniel R. Levine, Esquire<br>E-Mail:  drlevine@bennardolevine.com<br>Bennardo Levine LLP<br>1860 NW Boca Raton Blvd.<br>Boca Raton, FL  33432<br>Telephone:  (561) 392-8074<br>Facsimile:   (561) 368-6478<br>Counsel for Defendants<br>*Via CM/ECF* |
| Hazel Solis Rojas, Esquire<br>E-Mail:  hsolis@workingforyou.com<br>Law Office of Keith M. Stern, P.A.<br>8333 NW 53rd Street, Suite 450<br>Doral, FL  33166<br>Telephone:  (305) 299-3703<br>Facsimile:   (305) 288-9031<br>Counsel for Plaintiff<br>*Via CM/ECF* | |